Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Alexandria Division

| | | |
|---|---|---|
| Saeed Alshehri | ) | Case No. 1:19 cv 1061 |
| | ) | (to be filled in by the Clerk's Office) |
| | ) | AJT/IDD |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) | |
| Saudi Arabia Cultural Mission | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Saeed Alshehri |
  | Street Address | 3105 BabashaW ct- |
  | City and County | Fairfax Fairfax |
  | State and Zip Code | VA 22031 |
  | Telephone Number | 571 314 6660 |
  | E-mail Address | saa112@pitt.edu |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name      Saudi Arabia Cultural Mission
    Job or Title *(if known)*
    Street Address      8500 Hilltop Rd
    City and County      Fairfax Fairfax
    State and Zip Code      VA 22030
    Telephone Number      7035737226
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title IX, Education Amendments of 1972 (Title 20 U.S.C. Sections 1681-1688)
Civil Rights Act of 1964

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Saeed Alshehri, is a citizen of the State of *(name)* Saudi Arabia.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

The defendant, *(name)* Saudi Arabia Cultural Mission, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 30,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Saudi Arabia Cultural Mission SACM, is the only office to oversee Saudi nationals who seek education in USA. It is responsible of all documentation and financial support of students who arrived in USA as supported by Saudi Arabia government. In recent years, SACM started to use the Cutting of students' stipends as a the only measure to enforce any rules. This is might be a measure needed for limited narrow circumstances. Nevertheless, the policy is used in very broad situations and in a matter to jeopardize both universities and students alike. This is seems not a serious matter of fact, but it is pushing students to dark illegal work since F-1 visa holder are illegible to work except part time and in campus. Since US Immigration Laws imposed such rules that any student must presents bank statement to ensure available funds before getting accepted at any educational institutions, SACM provides students with such a letter. Unfortunately, for many reasons and from lower Administration, they quit paying their students leaving them on financial difficulties that increases their

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1- Protection from further retaliation actions and torturing by Saudi Arabia Government.
2- Payment of remaining scholarship money that Saudi Arabia Cultural Mission issued for the period from September 1, 2018 till September 1, 2019. This enables me to pay the landlord who sued me in City Fairfax Circuit Court due to not paying the rent of June, July and August.
3- Monetary relief that compensate permenant Physical and Mental Damages and loss of continuing my PhD program.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 31, 2019

Signature of Plaintiff

Printed Name of Plaintiff: Saeed Alshehri

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Complaint                                                                                                                 August 13, 2019

Saudi Arabia Cultural Mission SACM, is the only office to oversee Saudi nationals who seek education in USA. It is responsible of all documentation and financial support of students who arrived in USA as supported by Saudi Arabia government. In recent years, SACM started to use the Cutting of students' stipends as the only measure to enforce any rules. This is might be a measure needed for limited narrow circumstances. Nevertheless, the policy is used in very broad situations and in a matter to jeopardize both universities and students alike. This is seeming not a serious matter of fact, but it is pushing students to dark illegal work since F-1 visa holder are illegible to work except part time and in campus. Since US Immigration Laws imposed such rules that any student must presents bank statement to ensure available funds before getting accepted at any educational institutions, SACM provides students with such a letter. Unfortunately, for many reasons and from lower Administration, they quit paying their students leaving them on financial difficulties that increases their stress. Some students started illegal drug dealing, others forced to rely on churches for help and many worked illegally in different jobs.

Mr. Saeed Alshehri; as a plaintiff, is one of Saudi students who arrived in USA for completion of graduate studies. I wouldn't be here even in a dream without Saudi Arabia financial support. As per one of SACM employee, he said "SACM and its academic advisers know and think students are rich and their parents would support them in hardship situations", after I inquired of such oppressive policy. Sadly, this is not the case for all students. For me, I am supporting my parents and younger brothers and sister, up to this moment. Evidence for such claim is available if it would change the respectful decision of the honor court.

I suffered many of stipends cutting and the last three were overwhelming. Two or three months of no payment occurred in August 1, 2018 that ruined my life forever. It caused a lot of

injuries including the failure of comprehensive exam in the PhD program. The stopping of the stipends produced lost housing and negatively impacted my whole family schooling. Jumping from a hotel to another, losing many of home furniture, and only God knew what would have happened without Great Saudi students who loaned us around $ 8,000. During that time two human beings have either better or worse situation than ours, which I will remember forever. They are Mr. Brett Michael Kavanaugh and Mr. Jamal Khashoggi.

Mr. Brett Michael Kavanaugh was prosecuted or brought to stage for something happened many years ago. For clarification, I don't know the full story or its details nor I understand it very well since my English Language fall short in Law terminology. However, from sitting every morning in the hotels' lobbies during that month, I learned that he was accused for something happened in college years 30 years ago, at minimum. I saw him crying, upset and angry of such "legal" oppression. I knew exactly his feelings and the burning sensation he found at that time since I have it since 2015. Later, when he won or passed the argument, I asked myself; "I cried more than Mr. Kavanaugh but nothing changed?", or "Did I need to cry on TV to close my painful experience, here in George Mason University, Virginia". Who knows?

Mr. Jamal Khashoggi who was killed at the same time frame in October 2018. He suffered for couple hours and his soul is resting in peace by now. It is abnormal to wish yourself such situation unless you are experiencing another one that is worse. This is my situation since the SACM torturing by cutting the stipends every two months that ruined all my life and dreams. Especially, when I am working hard to finish the PhD program in GMU that I started since 2015 and the graduate studies that I started in USA in April 2012. Not mentioning all challenges that I faced in GMU during the same duration because it has another story and its own complaint.

Jurisdiction

The court has jurisdiction because of:

The federal law of immigration rules that prohibit non-immigrant international student visa holder from working in the USA. This rule ensured that everyone who seek any educational program in USA should prove enough fund for his educational tuition and cost of living. Thus, many students are supported by their governments. Unfortunately, SACM fall behind for ensuring the continuity of funding to its students across the states.

Thus, kindly your honor, I am asking for the following:

1. Protection for me and my kids from retaliation actions and torturing by Saudi Arabia Government, which beyond doubt and beyond today date.

2. Ensure my safety from criminal and legal actions such as being held accountable for rental payment without stipends paid from SACM, GMU and no work authorization (because of being in USA on a student Visa Holder F-1)

3. Order SACM for Monetary Compensation of $30,000,000.00 for damages and injuries I sustained by SACM stopping stipends. (if possible)

4. Letter of Apology to be given to me directly, in order to prove that this actions of stopping stipends impacted my academic performance.

5. Order SACM for abstain from such harsh and crushing actions and find other measures to treat their students that ensure students' and communities safety they live in.

Saeed Ali M. Alshehri

3105 Babashaw ct

Fairfax VA 22031

Cell: 571 314 6660

Aug 13 2019